**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carlos Raafel Reynoso Martinez,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02466-JAD-NJK

**Order Granting Stipulation to Dismiss Case**

[ECF Nos. 13, 14]

Petitioner Carlos Raafel Reynoso Martinez filed this petition for federal habeas corpus relief from his immigration detention. The parties now stipulate to dismiss his petition, explaining that immigration authorities are effectuating his removal.[1] Accordingly,

IT IS ORDERED that the stipulation to dismiss **[ECF Nos. 13, 14] is GRANTED. This case is DISMISSED** without prejudice. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
September 24, 2026

[1] ECF No. 14.